*IT IS SO ORDERED*
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00511-JW |
| Plaintiff, | |
| v. | [PROPOSED] STIPULATION AND ORDER PRESERVING DRUG EVIDENCE |
| TONY THE LAM, et al. | |
| Defendants. | |

Based on the stipulation set forth below between the parties and the potential need to produce the exhibits for trial, it is hereby ordered that the approximately 18,660.7 gross grams (or 50,000 tablets) of MDMA or 3,4 methlylenedioxymethamphetamine seized by the United States Immigration and Customs Enforcement agents on May 3, 2009 and booked into evidence as Exhibits # 1 through 3 in DEA Case # RC-09-0036 be preserved and retained as evidence

///
///
///
///
///
///
///

**STIPULATION AND ORDER PRESERVING DRUG EVIDENCE**

in this case pending further order of the court.

It is so stipulated.

Dated: _6/24/09_____              _____/S/_____
                                                JOHN N. GLANG
                                                Assistant United States Attorney

It is so stipulated:

Dated: ____6/24/09_____              _____/S/_____
                                                LARA S. VINNARD
                                                Attorney for Tony The Lam

Dated: ____6/24/09_____                _____/S/_____
                                                ROBERT E.  CAREY, JR.
                                                Attorney for Christine Vo

Dated:_____6/24/09_____              _____/S/_____
                                                MARY E.  CONN
                                                Attorney for Lillian Tran

**IT IS SO ORDERED.**

DATED: __June 29, 2009___              _____/s/ James Ware_____
                                                JAMES WARE
                                                United States District Judge

**STIPULATION AND ORDER PRESERVING DRUG EVIDENCE**
2