1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408)-535-5084
7      Fax: (408)-535-5066
       E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,      )    No. CR 09-00511-JW
                                    )
15 |           Plaintiff,            )
                                    )    STIPULATION AND ORDER
16 |      v.                        )    RESCHEDULING STATUS HEARING
                                    )    <u>AND EXCLUDING TIME</u>
17 | TONY THE LAM,                  )
     CHRISTINE VO, and              )
18 | LILLIAN TRAN                   )
                                    )
19 |           Defendants.          )
                                    )
20

21     IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case,

22 currently scheduled for Monday, October 5, 2009 at 1:30 p.m., be vacated and rescheduled for

23 Monday, November 2, 2009 at 1:30 p.m. for defendant Christine Vo only and for Monday,

24 November 9, 2009 for defendants Tony The Lam and Lillian Tran only.  The parties further

25 stipulate that the court may exclude the period of time from October 5, 2009 through and

26 including November 9, 2009 from the computation of the period of time within which the trial

27 ///

28 ///

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 09-00511-JW**

1  must commence for the reasons set forth in the proposed order below.

2  It is so stipulated.

3

4

5  Dated: _9/30/09_____           _____/s/_____
                                        JOHN N. GLANG
6                                       Assistant United States Attorney

7  Dated: __9/30/09_____           _____/s/_____
                                        LARA S. VINNARD
8                                       Attorney for Tony The Lam

9

10 Dated: __9/30/09_____           _____/s/_____
                                        ROBERT E. CAREY, JR.
                                        Attorney for Christine Vo
11

12 Dated: ____9/30/09_____          _____/s/_____
                                        MARY E. CONN
13                                      Attorney for Lillian Tran

14                                **ORDER**

15   Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this

16 case, previously scheduled for Monday, October 5, 2009 at 1:30 p.m., be vacated and

17 rescheduled for Monday, November 2, 2009 at 1:30 p.m. for defendant Christine Vo only and for

18 Monday, November 9, 2009 for defendants Tony The Lam and Lillian Tran only.

19   Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of

20 time from October 5, 2009 through and including November 9, 2009 from the computation of the

21 period of time within which the trial must commence.  The court FINDS that the ends of justice

22 served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

23 The court bases this finding on the need of defendants Lam and Vo to negotiate and finalize

24 dispositions of their cases with the government; the unavailability of counsel for the government

25 who will be out of state from October 2, 2009 through and including October 12, 2009; the

26 unavailability of counsel for defendant Tony The Lam, who will be in Europe from October 10,

27 2009 through and including October 30, 2009; to afford counsel the reasonable time necessary

28 ///

1 | for effective preparation; and to afford defendant Lam and the government continuity of counsel,
2 | all within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

It is so ordered:

Dated: October 2, 2009

_____
JAMES WARE
United States District Judge