Mary Elizabeth Conn SBN #224597
MARY E. CONN & ASSOCIATES
55 River Street Ste. 230
Santa Cruz, CA 95060
Telephone: (831) 471-7103
Fax: (831) 621-4826
Attorney for Lilian Tran

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0511   JW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND |
| LILIAN TRAN, | ) | [PROPOSED] ORDER RESCHEDULING STATUS HEARING AND |
| Defendant. | ) | EXCLUDING TIME |

IT IS HEREBY STIPULATED, by the undersigned, John N. Glang, Esq., attorney for the United States of America, and Mary Elizabeth Conn, Esq., attorney for Defendant Lilian Tran, that the status hearing currently scheduled for Monday, November 30, 2009, at 1:30 p.m. be vacated and rescheduled for Monday, January 11, 2009, at 1:30 p.m.

The parties further stipulate that the court may exclude the period of time between November 30, 2009 through and including January 11, 2010, from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

IT IS SO STIPULATED.

Date: November 24, 2009

(Signed)
_____
MARY ELIZABETH CONN,
Attorney for Lilian Tran

Date: November 24, 2009

(Signed by permission)
_____
JOHN N. GLANG,
Assistant United States Attorney

## ORDER

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for Monday, November 30, 2009, at 1:30 p.m., be vacated and rescheduled for Monday, January 11, 2010 at 1:30 p.m.

Pursuant to Title 18, USC §§3161(h) the court excludes the period of time from November 30, 2009 through and including January 11, 2010, from the computation of the period of time within which the trial must commence. The Court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The Court bases this finding on the need for additional discovery and negotiations.

IT IS SO ORDERED:

Dated: __November 30_____ 2009

_____
THE HONORABLE JAMES WARE
United States District Court Judge