1  Mary Elizabeth Conn SBN #224597
   MARY E. CONN & ASSOCIATES
2  55 River Street Ste. 230
   Santa Cruz, CA 95060
3  Telephone: (831) 471-7103
   Fax: (831) 621-4826
4  Attorney for Lilian Tran

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00511 JW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| LILIAN TRAN, | ) | ORDER RESCHEDULING STATUS HEARING AND |
| Defendant. | ) | EXCLUDING TIME |

IT IS HEREBY STIPULATED, by the undersigned, John N. Glang, Esq., attorney for the United States of America, and Mary Elizabeth Conn, Esq., attorney for Defendant Lilian Tran, that the status hearing currently scheduled for Monday, January 11, 2010, at 1:30 p.m. be vacated and rescheduled for Monday, March 1, 2010, at 1:30 p.m.

The parties further stipulate that the court may exclude the period of time between January 11, 2010, through and including March 1, 2010, from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

IT IS SO STIPULATED.

Date: January 11, 2010

(Signed)
_____
MARY ELIZABETH CONN,
Attorney for Lilian Tran

Date: January 11, 2010

(Signed by permission)
_____
JOHN N. GLANG,
Assistant United States Attorney

ORDER

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for Monday, January 11, 2010, at 1:30 p.m., be vacated and rescheduled for Monday, March 1, 2010 at 1:30 p.m.

Pursuant to Title 18, USC §§3161(h) the court excludes the period of time from January 11, 2010 through and including March 1, 2010, from the computation of the period of time within which the trial must commence. The Court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The Court bases this finding on the need for additional discovery and negotiations.

IT IS SO ORDERED:

Dated: January 11, 2010

_____
THE HONORABLE JAMES WARE
United States District Court Judge