1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5084
7     Fax: (408)-535-5066
      E-Mail: John.Glang@usdoj.gov
8
   Attorneys for Plaintiff

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
6/11/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00511-JW |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | RESCHEDULING STATUS HEARING |
| ) | AND EXCLUDING TIME |
| LILLIAN TRAN ) | |
| ) Defendants. ) | |

IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case as to defendant Lillian Tran only, currently scheduled for Monday, June 14, 2010 at 1:30 p.m., be vacated and rescheduled for Monday, October 18, 2010 at 1:30 p.m. for defendant Lillian Tran only. The parties further stipulate that the court may exclude the period of time from June 14, 2010 through and including October 18, 2010 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below. It is so stipulated.

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 09-00511-JW**

Dated: ___6-9-2010_____                    _____/s/_____
                                                            JOHN N. GLANG
                                                            Assistant United States Attorney

        6-9-2010
Dated: _____                    _____/s/_____
                                                            MARY E. CONN
                                                            Attorney for Lillian Tran

## **ORDER**

   Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for Monday, June 14, 2010 at 1:30 p.m., be vacated and rescheduled for Monday, October 18, 2010 at 1:30 p.m. for defendant Lillian Tran only.

   Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from June 14, 2010 through and including October 18, 2010 from the computation of the period of time within which the trial must commence.  The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the agreement of the court and the parties that there are substantive issues concerning the application of the sentencing guidelines to convicted co-defendants Tony The Lam and Christine Vo that are likely to impact on the plea negotiations for defendant Lillian Tran; the court's desire that the parties engage in a settlement conference after co-defendants Lam and Vo are sentenced; the unavailability of counsel for defendant Tran who is scheduled to be in a lengthy jury trial in a homicide case in state court in Salinas throughout the month of September 2010; the unavailability of counsel for the government who will be out of the country from August 13, 2010 through and including August 28, 2010; to afford counsel the reasonable time necessary for effective preparation; and to afford defendant Tran and the government continuity of counsel, all within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

It is so ordered:   This is the FINAL continuance.

Dated: June 11, 2010                    _____
                                                            JAMES WARE
                                                           United States District Judge