```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    J. DOUGLAS WILSON (DCBN 412811)
 3  Actiong Chief, Criminal Division

 4  JOHN N. GLANG (GUAMBN 94012)
    Assistant United States Attorney
 5
       150 Almaden Boulevard, Suite 900
 6     San Jose, California 95113
       Telephone: (408)-535-5084
 7     Fax: (408)-535-5066
       E-Mail: John.Glang@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

| 14 | UNITED STATES OF AMERICA, | ) | No. CR 09-00511-JW |
| 15 | Plaintiff, | ) | |
| 16 | v. | ) | STIPULATION AND ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME |
| 17 | LILLIAN TRAN, | ) | |
| 18 | Defendant. | ) | |

19

20

21     IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case,

22 currently scheduled for Monday, November 29, 2010 at 1:30 p.m., be vacated and rescheduled

23 for Monday, December 20, 2010 at 1:30 p.m.  The parties further stipulate that the court may

24 exclude the period of time from November 29, 2010 through and including December 20, 2010

25 from the computation of the period of time within which the trial must commence for the reasons

26 ///

27 ///

28 ///

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 09-00511-JW**

1  set forth in the proposed order below.

2  It is so stipulated.

4  Dated: ___11/22/10_____          _____/s/_____
5                                         JOHN N. GLANG
                                          Assistant United States Attorney

7  Dated: _11/22/10_____          _____/s/_____
                                          MARY E. CONN
8                                         Attorney for Lillian Tran

## ORDER

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for Monday, November 29, 2010 at 1:30 p.m., be vacated and rescheduled for Monday, December 20, 2010 at 1:30 p.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from November 29, 2010 through and including December 20, 2010 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of the parties to conduct a settlement conference before U.S. District Judge Jeremy Fogel on December 9, 2010; to negotiate and finalize a disposition of the case; and to afford counsel the reasonable time necessary for effective preparation, all within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

It is so ordered:

Dated: November 23, 2010            _____
                                     JAMES WARE
                                     United States District Judge

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 09-00511-JW**                      2