1  Mary Elizabeth Conn SBN #224597
   MARY E. CONN LAW OFFICES
2  55 River Street Ste. 230
   Santa Cruz, CA 95060
3  Telephone: (831) 471-7103

4  Attorney for Lilian Tran

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00511 JW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | [~~PROPOSED~~] |
| LILIAN TRAN, | ) | ORDER RESCHEDULING |
| | ) | SENTENCING |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by the undersigned, John N. Glang, Esq., attorney for the United States of America, and Mary Elizabeth Conn, Esq., attorney for Defendant Lilian Tran, that the status hearing currently scheduled for Monday, April 4, 2011, at 1:30 p.m. be vacated and rescheduled for Monday, May 9, 2011, at 1:30 p.m.

IT IS SO STIPULATED.

Date: March 31, 2011

(Signed)
_____
MARY ELIZABETH CONN,
Attorney for Lilian Tran

1  Date: March 31, 2011

(Signed by permission)

2  JOHN N. GLANG,
   Assistant United States Attorney

3

4

5                                    ORDER

6  Based upon the stipulation of the parties, it is hereby ordered that the sentencing

7  in this case, previously scheduled for Monday, April 4, 2011 at 1:30 p.m., be vacated and

8  rescheduled for Monday, May 9, 2011 at 1:30 p.m.

9  IT IS SO ORDERED:

10 Dated: April 1, 2011

11

12 THE HONORABLE JAMES WARE
   United States District Court Judge