IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| USA | NO. 5:09-cr-00511-EJD-3 |
| Plaintiff(s), | **ORDER GRANTING IN PART EXTENSION OF DATE OF SELF SURRENDER; SETTING HEARING RE SELF SURRENDER DATE** |
| v. | |
| LILLIAN TRAN | |
| Defendant(s). | |

On May 9, 2011, Lillian Tran was sentenced to 36 months custody in the Bureau of Prisions, one (1) year supervised release, $100 special assessment. The Defendant was to self surrender on August 1, 2011 (See Docket Item No. 142). On July 22, 2011, the Court granted the Pretrial Services supervising officer's request for extension of the self surrender date to August 19, 2011 due to Ms. Tran's scheduled dental procedure (See Docket Item No. 145). On August 17, 2011 Ms. Tran filed a letter requesting a further extension of her self surrender date due to additional dental procedures to be completed (See Docket Item No. 146). Ms. Tran requested an additional three to five weeks to self surrender. The Court finds that Ms. Tran has attached letters from her surgeon in support of her need for additional time to self surrender. The Court has not received any objection or response from the Government or supervising pretrial officer to Ms. Tran's request.

Accordingly, the Court grants Ms. Tran's request in part. The August 19, 2011 date to self surrender is VACATED and the deadline to self surrender is STAYED. Ms. Tran shall appear on **August 25, 2011 at 9:00 AM in Courtroom No. 1, Fifth Floor, San Jose** before this Court to set a further date to self surrender.

**IT IS SO ORDERED.**

Dated: August 19, 2011

EDWARD J. DAVILA
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John Norman Glang  John.Glang@usdoj.gov
Mary Elizabeth Conn   mary@santa-cruz-law.com

Lillian Tran
1759 Crane Ridge Ct.
San Jose CA 95121

**Dated:  August 19, 2011**                                   **Richard W. Wieking, Clerk**

                                                              **By:     /s/ EJD Chambers**
                                                                     **Elizabeth Garcia**
                                                                     **Courtroom Deputy**

NO. CR 09-05113 EJD
ORDER GRANTING IN PART EXTENSION OF DATE OF SELF SURRENDER; SETTING HEARING RE SELF SURRENDER DATE